IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISON

| | | |
|---|---|---|
| CHRISTIAN R. WHITE, | : | Civil Action No. |
| Plaintiff, | : | |
| vs. | : | |
| GLOBAL CREDIT & COLLECTION CORP., | : | |
| | : | |
| Defendant. | : | |

## COMPLAINT

Plaintiff Christian White, by his attorney Ray Johnson, for his claims against the Defendant states:

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter "FDCPA") and Iowa Unlawful Debt Collection Practices Act, Iowa Code § 537.7103, et seq. (hereinafter, "State Act"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURSIDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

### III. PARTIES

3. Plaintiff, Christian White, is a natural person now residing in Keokuk, Iowa.

4. Defendant, Global Credit & Collection Corp. (hereinafter "Global Credit") is a debt collector engaged in the business of collecting debts in the state of Iowa.

5. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

### IV. FACTUAL ALLEGATIONS

6. Global Credit has attempted to collect from Plaintiff an alleged debt for Capital One Services, LLC.

7. Global Credit has repeatedly called White regarding the alleged debt. White informed Global Credit he was represented by an attorney and gave Global Credit his attorney's contact information.

8. On January 10, 2011 Plaintiff's attorney contacted Global Credit via fax and requested verification of the alleged debt, informed Global Credit White was represented by an attorney and informed it all further contact with White should cease immediately.

9. Global Credit contacted White's attorney, but then continued to contact White directly.

### V. FIRST CLAIM FOR RELIEF

10. All facts and allegations of this Complaint are incorporated herein by reference.

11. Defendant violated the FDCPA. Defendant's violations include, but are not

limited to violating 15 U.S.C. § 1692c(a)(2) by contacting Plaintiff when it was known, or should have been known he was represented by an attorney.

12. As a result of the above violations of the FDCPA, the Defendant is liable to the Plaintiff for his actual damages, statutory damages, costs and attorney's fees.

## VI. SECOND CLAIM OF RELIEF

13. All facts and allegations of this Complaint are incorporated herein by reference.

14. White's alleged obligations were "debts" as defined by Iowa Code § 537.7102(3).

15. With regard to attempts to collect from White as alleged herein, Global Credit was a "debt collector" engaged in "debt collection" as defined by Iowa Code § 537.7102(4) and (5).

16. Defendant violated the State Act. The foregoing acts, omissions and practices of Global Credit were violations of Iowa Code § 537.7103, including but not limited to:

   a. Defendant violated Iowa Code § 537.7103(5)(e) by contacting White directly when it was known, or should have been known, he was represented by an attorney.

   b. Defendant violated Iowa Code § 537.7103(1)(f) by taking action prohibited by chapter 537 or any other law.

17. As a proximate result of the unfair debt collection, Plaintiff has suffered actual damages and injury for which he should be compensated in an amount to be proven at trial.

WHEREFORE, Plaintiff respectfully requests that judgment be entered against the Defendant for the following:

A. Actual damages;

B. Statutory damages pursuant to 15 U.S.C. § 1692k;

C. Statutory damages pursuant to Iowa Code § 537.5201(1); and

D. Costs and reasonable attorney's fees.

E. For such other relief as the Court deems appropriate in the circumstances.

Respectfully submitted,

_____
RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Rd.
Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com