IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISON

| | | |
|---|---|---|
| CHRISTIAN R. WHITE, | : | Civil Action No. |
| Plaintiff, | : | |
| vs. | : | |
| GLOBAL CREDIT & COLLECTION CORP., | : | DISMISSAL WITH PREJUDICE |
| Defendant. | : | |

Plaintiff, Christian White, by his attorney Ray Johnson, hereby dismisses the above-captioned matter with prejudice pursuant to a settlement agreement reached between the parties.

Respectfully submitted this 29th day of June, 2011.

_____
Ray Johnson
AT004019
Johnson Law Firm
950 Office Park Road
Suite 335
West Des Moines, Iowa 50265
Phone: 515-224-7090
Fax: 515-222-2656
Johnsonlaw29@aol.com